## Smith v. The State.

APPEAL from the Perry Circuit Court.
Tried before the Hon. JOHN MOORE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Charley Smith, was indicted, tried and convicted for carrying concealed weapons.

The judgment of conviction is affirmed.

Opinion by HARALSON, J.